In re NOMINATION PETITION OF Vernon T. ANASTASIO as a Candidate for Nomination of the Office of City Council in the First Councilmatic District of the City of Philadelphia.

Objection of Sarah Derose.

Petition of Vernon T. Anastasio.

Supreme Court of Pennsylvania.

April 22, 2003.

### ORDER

PER CURIAM.

AND NOW, this 22nd day of April, 2003, the above-captioned Petition for Allowance of Appeal is granted, limited to Petitioner Vernon Anastasio's first issue, and the matter is to be submitted on the briefs in an expedited manner. The Prothonotary will notify the parties of the expedited briefing schedule.